**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01209-CV

**E.F. JOHNSON COMPANY, Appellant**

**V.**

**INFINITY GLOBAL TECHNOLOGY F/K/A INFINITY GEAR AND TECHNOLOGY, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14303-D**

## ORDER

We **GRANT** court reporter Deana K. Rouse's thirty-day extension request to file the record and **ORDER** the reporter's record be filed no later than November 14, 2014.

/s/     ADA BROWN
            JUSTICE